# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MORFIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. GIPSON, Warden,<br><br>　　　　Respondent. | Case No. CV 11-9262 GHK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Denying Motion for Extension of Time to File Habeas Petition and Summarily Dismissing Action Without Prejudice.

DATED:  11/14/11

_____
Hon. George H. King
United States District Judge

1